THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CANDICE ELLISON, Appellant. [869 NYS2d 844]

No opinion. Order filed. Concur—Tom, J.P., Nardelli, McGuire, Acosta and DeGrasse, JJ.